UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME THADDEUS WHITE,

    Plaintiff,

v.

Case No. 1:15-cv-759

HON. JANET T. NEFF

ORCHARD GROVE EXTENDED CARE
CENTRE, also or formerly known as:
BENTON HARBOR NURSING HOME ASSOCIATES, LLC,
BENTON HARBOR NURSING CENTRE, LLC,
NORTH POINT SENIOR SERVICES, LLC,
BENTON HARBOR HEALTHCARE CENTRE, INC.,
ORCHARD GROVE NURSING & REHAB CENTRE, LLC,
BENTON HARBOR, LLC, and
BENTON HARBOR NURSING REALTY, LLC,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Second Amended Motion for Default Judgment (Dkt 68). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 30, 2016, recommending that Plaintiff's motion be granted. The Report and Recommendation was duly served on Plaintiff and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 74) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Motion for Default Judgment (Dkt 68) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated: December 20, 2016           /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge